Clarence W. Shoemaker, Plaintiff-Appellant, v. Blue Shield Medical-Surgical Plan of the Illinois Medical Service, Defendant-Appellee.

Gen. No. 66–109. ■■■■■■■■

Third District.

April 24, 1967.

Rehearing denied May 17, 1967.

Clarence W. Shoemaker, pro se, of Alledo, appellant; Reidy, Katz, McAndrews, Durkee & Telleen, of Rock Island, for appellee. Opinion by JUSTICE CORYN. Not to be published in full.